

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00596-CV

**IN THE INTEREST OF L.J.K**. and C.A.K., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01008
Honorable Mary Lou Alvarez, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's August 26, 2020 order is reversed and the cause remanded for further proceedings consistent with this opinion. Costs of the appeal are assessed against Appellee.

SIGNED August 31, 2022.

_____
Patricia O. Alvarez, Justice